UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY, and GEICO CASUALTY
COMPANY,

                                           JUDGMENT

            Plaintiffs,

     v.

                                   24-CV-5287 (PKC) (JAM)

DOMINIC EMEKA ONYEMA, M.D., DEO MEDICAL
SERVICES, P.C., and HEALTHWISE MEDICAL
ASSOCIATES, P.C.,

            Defendants.

----------------------------------------------------------------X

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on July 9, 2025, adopting the Amended Report and Recommendation of Magistrate Joseph A. Marutollo, dated June 19, 2025, granting Plaintiffs' motion for default judgment; awarding Plaintiffs $456,666.65 in liquidated damages, for which Defendants are jointly and severally liable; Pre-judgment interest in the amount of $112.60 per day between March 7, 2024, and the day judgment is entered; and Post-judgment interest in an amount to be calculated pursuant to 28 U.S.C. § 1961; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $ 55,174; it is

ORDERED and ADJUDGED that Plaintiffs' motion for default judgment is granted; that judgment is hereby entered in favor of Plaintiffs and against Defendant, jointly and severally, in the total amount of $ 511,840.65 plus post-judgment interest in an amount to be calculated pursuant to 28 U.S.C. § 1961.

Dated: Brooklyn, New York                           Brenna B. Mahoney
       July 10, 2025                              Clerk of Court

                                 By:   */s/Jalitza Poveda*
                                       Deputy Clerk